IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DAVID BOGER**  **PLAINTIFF**

v.  Case No. 3:11-cv-21-DPM

**NEW BALANCE ATHLETIC
SHOES, INC.**  **DEFENDANT**

ORDER

The parties have informed the Court that they have settled, *Document No. 9*. The Court therefore dismisses this case with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 June 2011