IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DAVID BOGER                                                                    PLAINTIFF

v.                          Case No. 3:11-cv-21-DPM

NEW BALANCE ATHLETIC
SHOES, INC.                                                                    DEFENDANT

JUDGMENT

Boger's complaint is dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

27 June 2011